IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEAD MANAGEMENT GROUP, INC. )<br>d/b/a APPLIANCE MART, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>HARTFORD FIRE INSURANCE )<br>COMPANY, )<br> )<br>    Defendant. ) | CIVIL ACTION FILE<br>NO. 1:14-cv-01435-RWS |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, by and through its attorney of record, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby dismisses its Complaint in the above-styled case without prejudice before any Answer or other pleading is filed by the defendant.

This 29th of October 2014.

                                                s/ *Jeffrey D. Diamond*
                                              Jeffrey D. Diamond
                                              Georgia Bar No. 599994
                                              *Attorney for Plaintiff*

Law Offices of Jeffrey D. Diamond
3330 Cumberland Blvd., Suite 600
Atlanta, Georgia 30339
(404) 814-0000
jdiamond@diamlaw.com

                                          THE VOSS LAW FIRM, P.C.
                                        Bill L. Voss
                                        Texas Bar No. 24047043
                                        Scott G. Hunziker
                                        Texas Bar No. 24032446
                                        *Attorneys for Plaintiff*
                                        *(Pending approval of application for Pro Hac Vice admission)*

The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
(713) 861-0015